

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2017

No. 04-17-00026-CV

Michele R. **PAULI**
Appellant (Cross-Appellee),

v.

Michael D. **HAYES** and Teresa C. Hayes
Appellee (Cross-Appellants),

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12272
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

The Joint Second Motion for Extension of Time to File Appellant's and Cross-Appellants' Brief is hereby GRANTED. Time is extended to August 30, 2017. **Further requests for extensions of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk